# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 18, 2016

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

152863(78)

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

                                          SC: 152863
                                          COA: 321520
                                          Wayne CC: 13-002503-FC

TONNIE A. JOHNSON,
     Defendant-Appellant.
_____/

       On order of the Chief Justice, the motion of defendant-appellant to extend the time for filing her reply is GRANTED. The reply submitted on February 26, 2016, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 18, 2016
_____

